UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Pratt,

      Plaintiff,

v.                                      Civ. No. 03-3259 (JNE/AJB)
                                        ORDER

Corrections Corporation of America;
Darren Swenson; Wangeler, Assistant
Warden; Jeff Berger; D. Engelbrecht;
Barry Brace; Marcia Wellnitz; and
Patrick O'Malley,

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on July 11, 2006. The magistrate judge recommended that Defendants' motion for summary judgment be granted and that Plaintiff's claims be dismissed. Plaintiff objected to the Report and Recommendation, and Defendants responded. The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendants' motion for summary judgment [Docket No. 90] is GRANTED.

2. Plaintiff's claims are DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 16, 2006

                                                                   s/ Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge